IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMMY MESSMER**                                                                                               **PLAINTIFF**

**v.**                        **Case No. 4:20-cv-01330-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION**
**COMMISSIONER**                                                          **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 13). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Judgment will be entered accordingly.

It is therefore ordered that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 28th day of February, 2022.

                                                       Kristine G. Baker
                                                       United States District Judge