IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMMY MESSMER**                                                                   **PLAINTIFF**

v.                      Case No. 4:20-cv-01330-KGB-ERE

**SOCIAL SECURITY ADMINISTRATION**
**COMMISSIONER**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that judgment be entered for plaintiff Tammy Messmer, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So adjudged this 28th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge