## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TAMMY MESSMER**                                                                                                   **PLAINTIFF**

v.                                          Case No. 4:20-cv-01330-KGB-ERE

**SOCIAL SECURITY ADMINISTRATION**
**COMMISSIONER**                                                                                                    **DEFENDANT**

### ORDER

Before the Court is plaintiff Tammy Messmer's motion for allowance of attorney's fee pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). The Commissioner has responded and does not object to the motion (Dkt. No. 17). The Commissioner of Social Security requests that any fees or costs awarded be made payable directly to Ms. Messmer in order to allow the United States Treasury Department to verify that Ms. Messmer has no federal debt, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States).

For good cause shown, the Court grants Ms. Messmer's motion (Dkt. No. 16). After review of the record, the Court finds that Ms. Messmer is entitled to attorney's fees under 28 U.S.C. § 2412(d)(1)(A) and that the hours spent by counsel working on this matter are reasonable. The Court therefore approves an award of attorney's fees and costs in the amount of $2,230.85. The EAJA fee award shall be made payable to Ms. Messmer, in the care of and mailed to her counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. The Commissioner of Social Security shall certify this award.

So ordered this 6th day of February, 2023.

                                         _/s/ Kristine G. Baker_
                                         Kristine G. Baker
                                         United States District Judge